**Motion Granted and Abatement Order filed September 25, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO.  14-18-00806-CV

_____

## PROVIDENCE HOSPITAL OF NORTH HOUSTON, LLC D/B/A PROVIDENCE HOSPITAL, Appellant

## V.

## CITALI  RODRIGUEZ, Appellee

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-21637**

## ABATEMENT ORDER

Appellant filed an unopposed motion to abate the appeal on the ground that the parties have settled the case in principle and need time to finalize the agreement. The motion is **GRANTED**.

The appeal is abated, treated as a closed case, and removed from this court's active docket until **November 30, 2018**. The appeal will be reinstated on this court's active docket after that time, or when a motion to dismiss the appeal or other

dispositive motion is filed, whichever is earlier. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.

PER CURIAM